160 A.3d 769

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Garyling SANDERS, Petitioner**

**No. 301 EAL 2016**

Supreme Court of Pennsylvania.

October 31, 2016

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.